UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLEBER GOMES PECANHA<br><br>Defendant | No.   23cr10175<br><br>Violation:<br><br>Count One:  Tax Evasion<br>(26 U.S.C. § 7201) |

INFORMATION

At all times relevant to this Information:

General Allegations

1.     CLEBER GOMES PECANHA lived in North Easton, Massachusetts, where he owned and operated CGP General Construction, Inc. ("CGP"), which provided concrete services.

2.     Individual taxpayers generally were required to accurately report each year to the Internal Revenue Service ("IRS") their income and attendant tax obligations on a Form 1040, U.S. Individual Income Tax Return.  The IRS used Form 1040 to assess taxpayers' tax liability.

3.     PECANHA operated CGP as an S Corporation and was its sole shareholder.  CGP was required to report to the IRS each year its annual gross receipts or sales, expenses, and resulting income or loss on a Form 1120S, U.S. Income Tax Return for an S Corporation.

4.     As an S Corporation, CGP did not pay federal income taxes directly; instead, the company's income (or loss) was passed through to PECANHA for tax purposes and was reported on PECANHA's Form 1040 for PECANHA to pay any tax owing and due.

Tax Evasion

5.     From in or about 2017 through in or about 2021, in the manner described below, PECANHA evaded income taxes due and owing on approximately $5,849,127.79 he received as the owner and operator of CGP by:

      a.      Depositing only a portion of CGP's business receipts into accounts that CBP held at Santander Bank and Bank of America;

      b.      Cashing CGP customer checks at a check cashing business, where PECANHA paid about three percent (3%) of each check as a fee, rather than depositing the checks for free in CGP's bank accounts;

      c.      Failing to advise his tax preparer that he was cashing CGP customer checks at a check cashing business;

      d.      Giving his tax preparer only records from CGP's business bank accounts and failing to give his tax preparer any records related to the CGP customer checks that he cashed at the check cashing business;

      e.      Causing his tax preparer to prepare Forms 1120S that substantially understated CGP's customer receipts and business income, and, as a result, Forms 1040 that substantially understated PECANHA's personal income;

      f.      For the tax years 2017 and 2018, failing to file Forms 1120S and 1040 that his tax preparer provided to him;

      g.      For the tax years, 2019, 2020, and 2021, providing his tax preparer with authorizations to file Forms 1120S and Forms 1040 that falsely stated that the forms were true, correct, and complete; and

      h.      For the tax years 2019, 2020, and 2021, causing his tax preparer to file false and fraudulent Forms 1120S and 1040.

6.      In this fashion, from in or about 2017 through in or about 2021, PECANHA cashed CGP customer checks amounting to $6,030,028.65, paid $180,900.86 in check cashing fees, and thus realized $5,849,127.79 in net customer receipts that he did not report on CGPs Forms 1120S to the IRS.

7. PECANHA thereby evaded the payment of income tax due and owing for tax years 2017 through 2021 and caused the IRS a tax loss of $1,862,033.

8. PECANHA principally used the proceeds of his tax evasion scheme to pay workers under the table and off the books.

## COUNT ONE
## Tax Evasion
## (26 U.S.C. § 7201)

The United States Attorney charges:

9. The United States Attorney re-alleges and incorporates by reference paragraphs 1 through 8 of this Information.

10. From on or about date January 1, 2017 through on or about April 19, 2022, in the District of Massachusetts, the defendant,

## CLEBER GOMES PECANHA,

willfully attempted in any manner to evade and defeat income tax due and owing by him to the United States of America for the calendar years 2017, 2018, 2019, 2020, and 2021 by committing the following affirmative acts, among others:

a. Cashing customer payment checks at a check cashing business for the purpose of concealing income;

b. Providing his tax preparer only with bank account statements to prepare his tax filings, when he knew that the bank statements did not include receipts from customer checks that he cashed at a check cashing business;

c. Providing his tax preparer with authorizations to file United States Income Tax Returns for an S Corporation, Forms 1120S and United States Individual Income Tax Returns, Forms 1040 that falsely stated that the forms were true, correct, and complete; and

d. Causing to be prepared and causing to be filed false and fraudulent 2019, 2020, and 2021 United States Individual Income Tax Returns, Forms 1040, which were submitted to the Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7201.

        Respectfully submitted,

        JOSHUA S. LEVY
        Acting United States Attorney

By:    /s/Kriss Basil
        Kriss Basil
        Assistant United States Attorney